UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80010-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

v.

JULIA MAE GADSDEN,

        Defendant.
_____/

FILED by ____ D.C.

JAN 0 6 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER AND
## REPORT AND RECOMMENDATION

The Defendant, JULIA MAE GADSDEN, appeared before the Court on January 5, 2011, represented by counsel, for an initial hearing on a superseding petition that alleges three violations of supervised release, incorporating the original petition. The Defendant was originally convicted of possession with intent to distribute at least fifty grams of cocaine base, in violation of 21 U.S.C. § 841(a)(1). The Defendant was sentenced to 60 months imprisonment, to be followed by 3 years of supervised release. On June 1, 2006, the Defendant's imprisonment was reduced to thirty-six months. The Defendant's supervised release commenced on September 14, 2007.

The Defendant is now charged with violating her supervised release by (1) failing to refrain from violating the law, in that on May 29, 2010, the Defendant gave false information to a law enforcement officer; (2) failing to notify her probation officer within seventy-two hours of her being arrested or questioned by a law enforcement officer; and (3) unlawfully using a controlled substance, in that on November 18, 2010, the Defendant signed an admission admitting to using marijuana on November 13, 2010. The Defendant admits to all three violations and wishes to proceed to

sentencing as soon as possible.

Accordingly, the Court RECOMMENDS that the District Court accept the Defendant's admission and find the Defendant guilty of violating his supervised release. The Court further RECOMMENDS that the matter be set down for sentencing before the District Court.

The Clerk is ORDERED to set this matter before the sentencing calendar of the Honorable United States District Judge Daniel T.K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Daniel T.K. Hurley, within ten (10) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See United States v. Warren, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and ORDERED and DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 6 day of January, 2011.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

2